UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 26-138 (SLS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ANSWER**

Defendant, the United States Department of Justice ("Defendant" or "Department"), by and through undersigned counsel, respectfully submits the following Answer to Plaintiff, Judicial Watch, Inc.'s Complaint, ECF No. 1.  Defendant denies each allegation of the Complaint not expressly admitted in its Answer and admits, denies, or otherwise responds to the numbered paragraphs of the Complaint as follows.

### **JURISDICTION AND VENUE**[1]

1.　　　The allegations contained in Paragraph 1 constitute Plaintiff's legal conclusions regarding jurisdiction, to which no response is required. To the extent a response is deemed required, Defendant admits only that this Court has jurisdiction subject to the terms and limitations of FOIA.

2.　　　The allegations contained in Paragraph 2 constitute Plaintiff's legal conclusions

---

[1]　　　Merely for ease of reference, Defendant replicates the headings contained in the Complaint. But to the extent a response is deemed required and to the extent those headings and titles could be construed as factual allegations, such allegations are denied.

regarding venue, to which no response is required. To the extent a response is deemed required, Defendant admits only that venue is proper in this judicial district.

## PARTIES

3.    Defendant lacks the knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph.

4.    Defendant admits that it is an agency of the United States government within the meaning of 5 U.S.C. § 552(f) and is headquartered at 950 Pennsylvania Avenue N.W., Washington, DC 20530. The remainder of this paragraph consists of legal conclusions to which no response is required.

## STATEMENT OF FACTS

5.    Defendant admits that on August 5, 2025, the Department's Office of Information Policy ("OIP") received a FOIA request from Plaintiff. The remainder of this paragraph consists of Plaintiff's characterization of the FOIA request, to which no response is required. To the extent a response is required, Defendant respectfully refers the Court to the August 5, 2025 FOIA request for a full and accurate statement of its contents and denies any allegations inconsistent therewith.

6.    Defendant admits that OIP acknowledged receipt of Plaintiff's request by letter dated September 3, 2025, and that the administrative tracking number assigned to the request is FOIA-2025-06292. The remainder of this paragraph consists of Plaintiff's characterization of Defendant's acknowledgment of the request, to which no response is required. To the extent a response is required, Defendant respectfully refers the Court to OIP's September 3, 2025 acknowledgement letter for a full and accurate statement of its contents and denies any allegations inconsistent therewith.

7.    Defendant admits that it has not communicated further with Plaintiff regarding its August 5, 2025 FOIA request.

8.    Defendant admits that it has not issued a final determination, provided any response(s), or produced any records in response to Plaintiff's FOIA request as of the date of the Complaint.

## COUNT I

### (Violation of FOIA, 5 U.S.C. § 552)

9.    Defendant incorporates by reference its responses to paragraphs 1-8 above as though fully set forth herein.

10.    The allegation contained in Paragraph 10 constitute conclusions of law, to which no response is required.  To the extent a response is deemed required, Defendant denies the allegation.

11.    The allegations contained in Paragraph 11 constitute conclusions of law, to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations.

12.    The allegation contained in Paragraph 12 consists of Plaintiff's interpretation of FOIA and constitutes a conclusion of law, to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations.

13.    The allegations contained in Paragraph 13 constitute conclusions of law, to which no response is required.  To the extent a response is deemed required, Defendant admits that September 17, 2025 was thirty working days after OIP's receipt of Plaintiff's FOIA request.

The remaining portion of the Complaint sets forth Plaintiff's request for relief, to which no response is required.  To the extent that a response is deemed required, Defendant denies that

Plaintiff is entitled to any of the relief sought or to any relief whatsoever.

## DEFENSES

Defendant denies any and all allegations in the Complaint which they have not otherwise specifically admitted or denied herein.

### FIRST DEFENSE

Plaintiff is not entitled to compel the production of responsive records protected from disclosure by any applicable FOIA exemptions or exclusions 5 U.S.C. § 552, or the Privacy Act, 5 U.S.C. § 552a.

### SECOND DEFENSE

The Court lacks subject matter jurisdiction over Plaintiff's requests for relief that exceed the relief authorized under FOIA.

### THIRD DEFENSE

At all times alleged in the Complaint, Defendant acted in good faith, with justification, and pursuant to authority, and exceptional circumstances that necessitate additional time for Defendant to process Plaintiff's FOIA Request exist.

### FOURTH DEFENSE

Plaintiff is neither eligible for, nor entitled to, attorneys' fees or costs.

### FIFTH DEFENSE

Defendant may have additional defenses which are not known at this time, but which may become known. Accordingly, Defendant reserves the right to assert each and every affirmative or other defense that may be available, including any defenses available pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure.

Dated: February 19, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:         */s/ Thomas W. Duffey*
      THOMAS W. DUFFEY
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-2510

*Attorneys for the United States of America*