UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 26-0138 (SLS)

**JOINT STATUS REPORT**

Plaintiff, Judicial Watch, Inc., ("Plaintiff")"), and Defendant, the U.S. Department of Justice ("Defendant") hereby submit this initial Joint Status Report pursuant to the Court's Order dated February 23, 2026 in this Freedom of Information Act ("FOIA") case. The parties have conferred and report to the Court as follows.

This matter involves Plaintiff's FOIA request dated August 5, 2025 to the Defendant seeking records related to Special Counsel John H. Durham's May 2023 "Report on Matters Related to Intelligence Activities and Investigations Arising Out of the 2016 Presidential Campaigns. Plaintiff filed its complaint on January 16, 2026 (ECF No. 1) and Defendant answered on February 19, 2026 (ECF No. 5).

1)  The Status of Plaintiff's FOIA request:  Defendant's Office of Information Policy ("OIP") is analyzing the records requested in the FOIA request underlying this matter in order to compare them to the records requested and being processed in a separate FOIA litigation (23-cv-2271 (D.D.C.)) involving Plaintiff.  The FOIA request underlying the other matter seeks, broadly speaking, (1) records provided to the Attorney General by Special Counsel John Durham as required by 28 C.F.R. §

600.8(a)-(c), and (2) "[a]ll records contained with the entire investigative file of the Special Counsel's investigation into matters related to intelligence activities and investigations arising out of the 2016 presidential campaigns." OIP's analysis is being conducted to determine whether the materials requested in this matter are wholly duplicative of Plaintiff's other FOIA request, or whether additional searches and processing may be required. OIP anticipates completing its review in approximately 30 days, at which point the parties will confer as to the scope of any records remaining that may be potentially responsive to the instant FOIA request only.

2) The Anticipated Number of Records Responsive to Plaintiff's request: Until OIP completes its review and analysis of Plaintiff's FOIA request underlying this matter and the records being processed in the related matter referenced above, it is not aware of the scope of records that may be responsive to this matter only.

3) The anticipated date (month and year) for release of documents: Until OIP completes its review and analysis of Plaintiff's request underlying this matter and the records being processed in the related matter referenced above, it is not aware of the volume of non-duplicative responsive records and the corresponding timeframe for processing of records responsive to this matter only. The parties intend to update the Court on the potential volume of non-duplicative records and the timeframe for providing a response after that process is complete and the parties are able to confer.

4) Until OIP completes its review and analysis of Plaintiff's FOIA request underlying this matter and the records being processed in the related matter referenced above, it is not aware whether it intends to pursue a motion for a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

- 3 -

5) It is unclear at this point in the litigation as to whether a *Vaughn* index will be required in this case.

6) It is unclear at this point in the litigation as to whether the parties will be filing summary judgment motions.

The parties propose that they file the next joint status report by May 21, 2026.

Dated: March 23, 2026                                      Respectfully submitted,
      Washington, DC

*By: /s/ Michael Bekesha*                                 JEANINE FERRIS PIRRO
MICHAEL BEKESHA                                           United States Attorney
JUDICIAL WATCH, INC.
425 Third Street, SW                                      By: _____ */s/ Thomas W. Duffey* _____
Suite 800                                                     THOMAS W. DUFFEY
Washington, DC 20024                                          Assistant United States Attorney
(202)646-5172                                                 601 D Street, NW
Mbekesha@judicialwatch.Org                                    Washington, DC 20530
                                                              (202) 252-2510

*Attorneys for Plaintiffs*                                *Attorneys for the United States of America*

- 3 -