UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 26-0138 (SLS)

**JOINT STATUS REPORT**

Plaintiff, Judicial Watch, Inc., ("Plaintiff")"), and Defendant, the U.S. Department of Justice ("Defendant") hereby submit this Joint Status Report pursuant to the Court's Order dated March 23, 2026 in this Freedom of Information Act ("FOIA") case.  The parties report to the Court as follows.

This matter involves Plaintiff's FOIA request dated August 5, 2025 to the Defendant seeking records related to Special Counsel John H. Durham's May 2023 "Report on Matters Related to Intelligence Activities and Investigations Arising Out of the 2016 Presidential Campaigns.  Plaintiff filed its complaint on January 16, 2026 (ECF No. 1) and Defendant answered on February 19, 2026 (ECF No. 5).

The Status of Plaintiff's FOIA request:  Defendant's Office of Information Policy ("OIP") completed its analysis of the records requested in the FOIA request underlying this matter in order to compare them to the records requested and being processed in a separate FOIA litigation (23-cv-2271 (D.D.C.)) involving Plaintiff.  OIP (a) has initiated searches for those records not being processed in the other FOIA litigation, (b) has already located records responsive to Part 1 and a portion of Part 4 and has begun

processing those records, and (c) requires clarifying information regarding Parts 3, 4, 6, and 7. OIP has provided Plaintiff, via counsel, more information regarding the status of the search for each part of Plaintiff's request and has requested clarifying information for certain parts of Plaintiff's request that is required before OIP can begin to conduct searches.

1) The Anticipated Number of Records Responsive to Plaintiff's request: Until OIP completes searches for all parts of Plaintiff's request, many of which require clarifying information from Plaintiff before OIP can proceed with searching, OIP is unaware of the anticipated number of records responsive to Plaintiff's request.

2) The anticipated date (month and year) for release of documents: OIP cannot provide an anticipated date for a response, as it is currently in the middle of processing the records located to date and conducting additional searches based on clarifying information to be provided by Plaintiff. As to the records OIP is currently processing, OIP anticipates completing its initial processing within the next 30-45 days and then will send the records out on consultation to other Department components and Executive Branch agencies with equities in the records. OIP can provide rolling responses to Plaintiff as consultations are returned.

3) Until OIP completes its review and analysis of Plaintiff's FOIA request underlying this matter and the records being processed in the related matter referenced above, it is not aware whether it intends to pursue a motion for a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

4) It is unclear at this point in the litigation as to whether a *Vaughn* index will be required in this case.

- 3 -

5) It is unclear at this point in the litigation as to whether the parties will be filing summary judgment motions.

The parties propose that they file the next joint status report by June 29, 2026.

Dated:  April 29, 2026
        Washington, DC

By: /s/ Michael Bekesha
MICHAEL BEKESHA
JUDICIAL WATCH, INC.
425 Third Street, SW
Suite 800
Washington, DC 20024
(202)646-5172
Mbekesha@judicialwatch.Org

*Attorneys for Plaintiffs*

Respectfully submitted,


JEANINE FERRIS PIRRO
United States Attorney

By:          /s/ Thomas W. Duffey
        THOMAS W. DUFFEY
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2510

*Attorneys for the United States of America*