UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 26-0138 (SLS) |
| U.S. DEPARTMENT OF JUSTICE, | |
| Defendant. | |

**JOINT STATUS REPORT**

Plaintiff, Judicial Watch, Inc., ("Plaintiff")"), and Defendant, the U.S. Department of

Justice ("Defendant") hereby submit this Joint Status Report pursuant to the Court's Order dated

April 30, 2026 in this Freedom of Information Act ("FOIA") case.  The parties report to the Court

as follows.

This matter involves Plaintiff's FOIA request dated August 5, 2025 to the Defendant

seeking records related to Special Counsel John H. Durham's May 2023 "Report on Matters

Related to Intelligence Activities and Investigations Arising Out of the 2016 Presidential

Campaigns.  Plaintiff filed its complaint on January 16, 2026 (ECF No. 1) and Defendant answered

on February 19, 2026 (ECF No. 5).

> The Status of Plaintiff's FOIA request:  As previously reported, Defendant's Office of
>
> Information Policy ("OIP") completed its analysis of the records requested in the FOIA
>
> request underlying this matter in order to compare them to the records requested and
>
> being processed in a separate FOIA litigation (23-cv-2271 (D.D.C.)) involving
>
> Plaintiff.  OIP (a) has initiated searches for those records not being processed in the
>
> other FOIA litigation, (b) has already located records responsive to Part 1 and a portion

of Part 4 and has begun processing those records, and (c) requires clarifying information regarding Parts 3, 4, 6, and 7.  OIP has provided Plaintiff, via counsel, more information regarding the status of the search for each part of Plaintiff's request and has requested clarifying information for certain parts of Plaintiff's request that is required before OIP can begin to conduct searches.  The parties have since conferred via conference call on May 28, 2026 and agreed to further scoping of Plaintiff's request, including that Plaintiff has agreed to drop Part 3 of the request.  OIP has since gained access to and initiated searching within the SCO Durham classified files for any portions of Plaintiff's request that were not located on the unclassified system and has located additional records responsive to Plaintiff's request.  OIP is processing the responsive material located and will be sending records out on consultation to other Department components and Executive Branch agencies as processing for each part of Plaintiff's request is completed.  OIP will provide rolling responses as consultations are completed and returned to OIP.

1) The Number of Pages Remaining to be Processed:

    a. Part 1: OIP is processing two responsive pages.

    b. Part 2: OIP is processing thirty-two responsive pages .

    c. Part 3: Plaintiff has agreed to drop this part of the request.

    d. Part 4: OIP is already processing three of the requested interview summaries (for Alexander Downer, Jake Sullivan, and John Podesta) in response to Plaintiff's related litigation (23-cv-2271 (D.D.C.)).  OIP cannot locate any interview summaries for an individual named Stefan Halper or for someone designated to as "CHS-1."  Of the remaining two interview summaries, OIP is

processing the interview summary for John Breannan which totals twenty-six pages and is also processing the interview summary for Hillary Clinton but does not have a page count for that document at this time as it is located solely on the classified system.

e. Part 5: OIP has thus far located two pages responsive to this request but is continuing its search for additional responsive material and will provide an update in the next JSR.

f. Part 6: OIP is in the process of conducting a responsiveness and de-duplication review of the potentially responsive material located and will provide a further update in the next JSR.

g. Part 7: OIP did not located any records responsive to this Part of the request.

2) The anticipated completion date (month and year): OIP cannot provide an anticipated date for a response, as it is currently in the middle of processing the records located to date and conducting additional searches based on clarifying information provided by Plaintiff.  Much of the responsive material is located on the classified system, which will likely require additional processing time.  OIP will provide rolling responses to Plaintiff as consultations are returned to OIP.

Outstanding disputes:  At this time, the parties do not have any outstanding disputes regarding the scope of Plaintiff's request and OIP's ongoing searches for responsive records.    The parties propose that they file the next joint status report by August 26, 2026.

Dated:  June 29, 2026                                          Respectfully submitted,
        Washington, DC

*By: /s/ Michael Bekesha*                                     JEANINE FERRIS PIRRO
MICHAEL BEKESHA                                               United States Attorney
JUDICIAL WATCH, INC.

- 4 -

425 Third Street, SW
Suite 800
Washington, DC 20024
(202)646-5172
Mbekesha@judicialwatch.Org

*Attorneys for Plaintiffs*

By: _____ */s/ Thomas W. Duffey* _____
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the United States of America*