UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF JUSTICE,<br>Defendant. | Civil Action No. 26-0138 (SLS) |

**JOINT STATUS REPORT**

Plaintiff, Judicial Watch, Inc., ("Plaintiff")"), and Defendant, the U.S. Department of Justice ("Defendant") hereby submit this Joint Status Report pursuant to the Court's Minute Order dated June 29, 2026 in this Freedom of Information Act ("FOIA") case. The parties report to the Court as follows.

This matter involves Plaintiff's FOIA request dated August 5, 2025 to the Defendant seeking records related to Special Counsel John H. Durham's May 2023 "Report on Matters Related to Intelligence Activities and Investigations Arising Out of the 2016 Presidential Campaigns. Plaintiff filed its complaint on January 16, 2026 (ECF No. 1) and Defendant answered on February 19, 2026 (ECF No. 5).

1) The Number of Pages Remaining to be Processed:

   a. Part 1: OIP is processing two pages.

   b. Part 2: OIP is processing thirty-two pages.

   c. Part 3: Plaintiff has agreed to drop this part of the request.

   d. Part 4: OIP is processing 25 pages of unclassified material, not including the Hillary Clinton interview summary which is classified. Due to the classification

of the Hillary Clinton interview summary as well as twenty-five of the twenty-six pages of the John Brennan interview summary, OIP intends to ask Plaintiff if it is still interested in OIP's processing of the classified interview summaries.

e. Part 5: OIP has thus far located two pages responsive to this request but is continuing its search for additional responsive material and will provide an update in the next JSR.

f. Part 6: OIP is processing 147 pages.

g. Part 7: As previously reported, OIP did not locate any records responsive to this Part of the request.

2) The anticipated completion date (month and year):

a. Part 1: OIP cannot provide an anticipated completion date for this Part of the request, as these pages have been sent to another Executive Branch agency for consultation and OIP is awaiting the agency's reply. OIP's consultation was sent to the agency on August 26, 2026, and OIP will follow up with the agency in the coming weeks to obtain an estimated date of completion for the consultation. Once OIP obtains an estimated date of completion, it can provide an anticipated completion date for its processing of Part 1.

b. Part 2: OIP cannot provide an anticipated completion date for this Part of the request, as these pages have been sent to the Federal Bureau of Investigation (FBI) on consultation and OIP is awaiting the FBI's reply. OIP's consultation was sent to the FBI on August 26, 2026, and OIP will follow up with the FBI in the coming weeks to obtain an estimated date of completion for the

consultation. Once OIP obtains an estimated date of completion, it can provide an anticipated completion date for its processing of Part 2.

c. Part 3: Plaintiff has agreed to drop this part of the request.

d. Part 4: OIP cannot provide an anticipated completion date for this Part of the request, as the responsive records have been sent to the FBI and another Executive Branch agency on consultation and OIP is awaiting reply. OIP's consultations were sent at the end of 2025 and in early 2026, and OIP will continue to follow up regarding each consultation in the coming weeks to obtain an estimated date of completion for the consultations. Once OIP obtains estimated dates of completion, it can provide an anticipated completion date for its processing of Part 4.

e. Part 5: OIP cannot provide an anticipated completion date as its search for records potentially responsive to Part 5 is ongoing. OIP can provide a further update in the next JSR.

f. Part 6: OIP anticipates providing a response on the 147 pages responsive to Part 6 by August 28, 2026.

g. Part 7: As previously reported, OIP has completed its processing of Part 7 and located no responsive records.

Outstanding disputes: At this time, the parties do not have any outstanding disputes regarding the scope of Plaintiff's request and OIP's ongoing searches for and processing of responsive records. The parties propose that they file the next joint status report by October 26, 2026.

Dated: August 26, 2026
Washington, DC

Respectfully submitted,

*By: /s/ Michael Bekesha*
MICHAEL BEKESHA
JUDICIAL WATCH, INC.
425 Third Street, SW
Suite 800
Washington, DC 20024
(202)646-5172
Mbekesha@judicialwatch.Org

*Attorneys for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By: *____/s/ Thomas W. Duffey____*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the United States of America*